IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

THE ESTATE OF DONALD R. MITCHELL, SR.                    PLAINTIFF

V.                            CASE NO. 14-CV-4081

P.S. SERVICES, INC., as Trustee for Reverse
Mortgage USA, Inc., *et al.*                             DEFENDANTS

## ORDER

Before the Court is a Motion to Intervene filed by Nationstar Mortgage LLC d/b/a Champion Mortgage Company ("Nationstar"). ECF No. 9. Nationstar seeks to intervene in this case pursuant to Rule 24 of the Federal Rules of Civil Procedure. No party has filed a response in opposition to the motion, and the time for response has passed. Upon consideration, the Court finds that the Motion to Intervene (ECF No. 9) should be and hereby is **GRANTED. Nationstar is ordered to file its Complaint in Intervention within seven (7) days of the entry of this order.**

IT IS SO ORDERED, this 18th day of November, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge