IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

THE ESTATE OF DONALD R. MITCHELL, SR.                               PLAINTIFF

V.                              CASE NO. 14-CV-4081

P.S. SERVICES, INC., as Trustee for Reverse
Mortgage USA, Inc., *et al.*                                        DEFENDANTS


NATIONSTAR MORTGAGE LLC d/b/a
CHAMPION MORTGAGE COMPANY                                   INTERVENOR PLAINTIFF

V.

THE ESTATE OF DONALD R. MITCHELL, SR.,
*et al.*                                                    INTERVENOR DEFENDANTS

## ORDER

Before the Court is a Motion to Dismiss filed by Plaintiff. ECF No. 25. Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff moves to voluntarily dismiss its pending claims against Defendants P.S. Services, Inc., and Shane Cox. Upon consideration, the Motion to Dismiss is **GRANTED**. The claims of Plaintiff against these Defendants are hereby **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Motion for Ex Parte Temporary Injunction and Restraining Order (ECF No. 5) and the Motion for Judgment on the Pleadings (ECF No. 23) are **DENIED AS MOOT**.

Nationstar Mortgage LLC's claims against The Estate of Donald R. Mitchell, Sr. and The Estate of Margaret Mitchell remain pending before the Court.

IT IS SO ORDERED, this 2nd day of March, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge