IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| THE ESTATE OF<br>DONALD R. MITCHELL, SR.,<br>  Plaintiff,<br><br>v.<br><br>P.S. Services, Inc., as<br>Trustee for Reverse Mortgage USA, Inc.;<br>J. Shane Cox As Trustee for<br>NATIONSTAR MORTGAGE LLC,<br>D/B/A CHAMPION MORTGAGE<br>COMPANY,<br>  Defendants,<br><br>NATIONSTAR MORTGAGE LLC D/B/A<br>CHAMPION MORTGAGE COMPANY,<br>  Intervenor-Plaintiff,<br><br>v.<br><br>THE ESTATE OF<br>DONALD R. MITCHELL, SR., and<br>THE ESTATE OF<br>MARGARET MITCHELL,<br>  Intervenor-Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION No. 4:14-CV-04081-SOH |

AGREED ORDER GRANTING INTERVENOR-PLAINTIFF'S
MOTION FOR FINAL SUMMARY JUDGMENT

CAME ON TO BE CONSIDERED this day the Motion for Final Summary Judgment

(the "Motion") filed by Intervenor-Plaintiff Nationstar Mortgage LLC d/b/a Champion Mortgage

Company, and after consideration of the Motion and the agreement of the parties as reflected by

their respective counsel's signatures below, the Court is of the opinion that the Motion should be

granted in its entirety. It is, therefore,

**ORDERED, ADJUDGED and DECREED** that Intervenor-Plaintiff's Motion for Summary Judgment is **GRANTED** in favor of Intervenor-Plaintiff Nationstar Mortgage LLC d/b/a Champion Mortgage Company ("Champion") on its Third-Party Complaint for judicial foreclosure; and

It is further **ORDERED, ADJUDGED and DECREED** that the following are secured by the Deed of Trust on the property that is the subject of this cause: (a) the current outstanding balance of the Note; (b) prejudgment interest; (c) post-judgment interest from the date of judgment until paid; and (d) costs of court; and

It is further **ORDERED, ADJUDGED AND DECREED** that Champion may foreclose on the property commonly known as 2050 Miller County 65, Texarkana, Arkansas 71854 and more particularly described as follows:

All that certain tract or parcel of land situated in Miller County, Arkansas, and being a part of the Southwest Quarter of the Northeast Quarter (SW 1/4 NE 1/4) of Section 36, Township 14 South, Range 27 West, Miller County, Arkansas, and the subject tract being more particularly described by metes and bounds as follows:

BEGINNING at an iron stake and fence corner in the East line of a Public Road, said point being South, 664.06 feet and East, 2653.80 feet from the Northwest corner of the South 1/2 NW 1/4 NW 1/4 of Section 36, Township 14 South, Range 27 West, said point also being the Northwest corner of the SW 1/4 NE 1/4, Section 36, Township 14 South, Range 27 West;

THENCE: East, 208.7 feet to an iron stake for corner;

THENCE: South, 417.4 feet to an iron stake for corner;

THENCE: West, 208.7 feet to an iron stake set for corner in the East line of said Public Road;

THENCE: North, 417.4 feet to the POINT OF BEGINNING and containing 2.001 acres of land, more or less. SAVE AND EXCEPT any rights that may be vested in the right-of-way of said County Road, located on the West side of the herein described tract.

It is further **ORDERED, ADJUDGED AND DECREED** that Champion shall have and recover judgment against Intervenor-Defendants for all its attorney's fees and costs, not as a personal judgment against Intervenor-Defendants, but only as an additional debt secured by the Deed of Trust executed by Margaret and D.R. Mitchell on or about July 6, 2011. This Order

constitutes a final judgment in that it fully and finally disposes of all parties and all claims and
may be appealed. All for which let execution issue.

Signed this 27th day of May, 2015.

Susan O. Hickey
**United States District Judge**

**AGREED:**

By: */s/ Mark D. Cronenwett*
**MARK D. CRONENWETT**
Texas Bar No. 00787303
mcronenwett@mwzmlaw.com

**LESLIE MANN**
Arkansas Bar No. 95142
lmann@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, PC**
124 W Capitol, Suite 1560
Little Rock, AR 72201
Telephone: (501) 218-8111
Facsimile: (501) 588-0070

*Attorneys for Intervenor-Plaintiff*

**And**

By: _____
**AMY FREEDMAN**
610 Laurel Street
Texarkana, Arkansas 71854
Telephone: (870) 774-7525
Facsimile: (870) 772-1569

*Attorney for Intervenor-Defendants*